DOC NO
REC'D/FILED
2018 OCT 11 PM 1:52
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 18-CR-145-WMC |
| KYLE B. OLSON, | 18 U.S.C. § 2252(a)(4)(B) |
| | 18 U.S.C. § 2252(b)(2) |
| | 18 U.S.C. § 2253 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about July 18, 2018, in the Western District of Wisconsin, the defendant,

KYLE B. OLSON,

knowingly possessed an Apple iPhone 6+ cell phone containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically, the Apple iPhone 6+ cell phone, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2)).

### FORFEITURE ALLEGATION

As a result of the offense charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(4)(B), the defendant,

KYLE B. OLSON,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in the following:

(1)   Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained.

(2)   Any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including an Apple iPhone 6+ cell phone.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: __10/11/18__

_____
SCOTT C. BLADER
United States Attorney