# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 2/22/2019     DAY: Friday     START TIME: 10:05 AM     END TIME: 10:42 AM

JUDGE/MAG.: WMC          CLERK: JAT          REPORTER: JD

PROBATION OFFICER: M. Johnson     INTERPRETER: ---     SWORN: YES ☐  NO ☐

CASE NUMBER: 18-cr-145-wmc-1     CASE NAME: USA v. Kyle B. Olson

**APPEARANCES:**

ASST. U.S. ATTY.: Elizabeth Altman          DEFENDANT ATTY.: Kirk Obear

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1 ; 20 YR(S) IMPRISONMENT; $ 250,000 FINE;

5-life YEAR(S) SUPERVISED RELEASE; $ 5,100 SPECIAL ASSESSMENT; ☒ RESTITUTION.

DEFENDANT AGE: 33     ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY                    ☒ DEFENDANT SWORN

☐ NOT GUILTY               ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST               ☒ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____     TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____     MOTIONS DUE: _____

FPTC: _____     FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 4/5/19     OBJECTIONS DUE: 4/12/19

SENTENCING : 4/26/19 at 1:00 PM

**RELEASE/DETENTION:**

☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

TOTAL COURT TIME: 37 min.