IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| v. | 18-cr-145-wmc |
| KYLE OLSON, | |
| Defendant. | |

---

Consistent with the court's order following the acceptance of defendant's guilt at today's plea hearing, the court briefly discussed with the parties the continuation of Mr. Olson's release on supervision pending sentencing based on exceptional circumstances. Subject to the gathering of additional evidence regarding Mr. Olson's current participation in the sex offender program at Driftless Recovery in La Crosse, Wisconsin, the court RESERVED on the question of whether to continue his release on the same terms and conditions as imposed by Magistrate Judge Crocker on October 31, 2018.

The Probation Office is DIRECTED to obtain all necessary waivers, to the extent not already provided by defendant, in order to make a prompt inquiry as to the defendant's progress in treatment and any recommendation as to his continued release. Relatedly, defendant and his counsel are DIRECTED to request and provide to the Probation Office an up-to-date report, outlining his treatment plan and progress, if any, as well as any diagnoses. Counsel is also to provide copies of any previous mental health diagnoses, including but not limited to those placing the defendant on the autism scale. If supported

by that office, the defendant's supervision will be continued until sentencing on the previously imposed conditions (and any additional conditions that officer may recommend subject to objection by the parties). Otherwise, the court will schedule a further hearing for purpose of considering presentence release.

    Entered this 22nd day of February, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge