The Honorable Judge William Conley                                    Mar. 23, 2019
US District Court for the Western District of Wisconsin
Madison Wisconsin 53703

Dear Judge Conley,

   My name is Brian Olson and I am the father of the defendant Kyle Olson. I wish to write this letter of support on behalf of Kyle and relate to you my knowledge of Kyle and some of his history leading up to this moment in time.

   My wife (Nancy) and I have been married for 38 years and Kyle was our first born child. His was a natural, normal child birth and at first everything seemed alright. As he aged we began to see some developmental and behavioral problems that deeply concerned us.

   At the age of 4, we took Kyle to see Dr Stephen Copps at the Gundersen Clinic in La Crosse. Dr Copps founded the Gundersen Comprehensive Child Care Center and was a nationally known Physician dealing with Pediatric Developmental Disorders.

   After a battery of examinations and tests, we received the diagnosis that Kyle had an Atypical Pervasive Developmental Disorder. He also had a variety of physical disorders like poor motor skills, speech deficiencies, and coordination. It was described to us as an Autism like, congenital abnormality of cerebral development that would lead to learning disabilities. Dr Copp's prognosis painted a dim future for Kyle, stating that he likely would need specialized care for the remainder of his life, explaining that Kyle would have social and developmental problems and probably would be reliant on others for normal life activities that we take for granted. As examples he stated that Kyle would probably never be able to live on his own without supervision, or be able to hold a job.

   Needless to say, we were devastated. Whether it was youthful arrogance or pride, Nancy and I refused to accept this diagnosis and dedicated our lives to proving the experts wrong.

**EDUCATION**

   We enlisted the help of various specialists and therapists to aid Kyle and enrolled him in Public School. I have nothing but gratitude for the La Crosse Public School System as they worked tirelessly and employed their own Special Education Teachers, Specialists, and Therapists to work with Kyle. There were bumps in the road, such as Kyle being diagnosed as ADHD in Middle School, but treatment and medication helped with this.

   Although Kyle struggled in school, we received nothing but glowing reports on his courteous behavior and the fact that he never quit, that he always tried hard in whatever was asked of him. He became quite adept at reading but struggled with any math classes. At the end of it all, Kyle's perseverance paid off and he graduated from La Crosse Logan High in 2004. We as his parents couldn't have been prouder.

   After graduation, Kyle enrolled into Western Technical College. He had some difficulty meeting requirements of enrollment but eventually got in. The subject he wanted to study was Criminal Justice. I was personally against this as I felt that he would not be successful. I believe he chose this field because I was a Police Officer with the La Crosse Police Dept. (34 years, now retired.)

   I knew Kyle did not have the necessary social, intellectual, and physical skills to be a law enforcement officer. I tried to steer him towards other vocations, but he was adamant to try for Criminal Justice. In the end I surrendered, feeling that any education is better than none.

Although Criminal Justice is a two year program, Kyle attended three years. He had difficulty completing the necessary credits for some of the classes, even though he tried repeatedly and even worked with tutors. He refused to quit. He simply was unable to make the grades and was unable to get a degree.

**SOCIAL ISSUES**

As a young child, Kyle was a happy content child who played well with other kids and seemed to fit in. We started to see a change when he was in his teens. Kyle seemed to mature slower than his friends, and kids he formerly played with seemed to have less to do with him as they got older.

We encouraged Kyle to join the band in middle school, but he had no musical proficiency and that failed. He also tried some sports, but did not have the necessary motor skills and coordination to be successful and would quit after some negative peer pressure. There were some bullying issues we were made aware of, which were handled by school staff.

In High School, Kyle attended some after school activities and occasional dances, but usually went alone. He had no close friends and became somewhat of a loner.

If you speak with Kyle, it soon becomes obvious that he suffers social deficiencies. He has difficulty looking someone in the eye when speaking. He is slow to process and answer questions. He occasionally makes strange facial gestures without realizing it. He often mumbles when speaking. Although I believe Kyle is fairly intelligent, these social quirks make it difficult for him to interact with other people i.e. meeting new friends, interviewing for jobs etc.

**EMPLOYMENT**

Kyle has held a number of mostly manual labor jobs since leaving school. We instilled a good work ethic in both our children and they have made us proud. Although Kyle's jobs may have been mostly entry level and low paying, he rarely misses a day of work and can be counted on doing as he is instructed. His good attendance stems back to his school days where he won attendance awards in various grades.

Being on the Sex Offender List has been the "kiss of death" on many of his job interviews. He has had jobs offered only to be rescinded after his sex offender status was revealed. Add this to his social difficulty in interviewing; Kyle has had to apply at multitudes of workplaces just to get the opportunity to show what he is capable of.

Since leaving school, Kyle has been employed steadily even with his difficulty in finding an employer to give him a chance.

However in 2010 in the midst of the recession, Kyle was having difficulty in finding a job after being layed off from the Trane Co. He then decided to serve his country and enlisted in the US Army. Shortly after Basic Training he was ordered to a Forward Operating Base (FOB Airborne) in Afghanistan where he served a one year tour. After being discharged from the army, he immediately went on a job search and within weeks he was employed at Ashley Furniture. This job was terminated after his arrest on these Child Porn charges.

Even after this setback and prospect of a dim future, Kyle soon found employment with Metallics Inc via a Temp Employment Agency. His supervisors at Metallics were pleased enough with his work that they offered him full time employment that he continues to this day.

**COURTS MARTIAL IN ARMY**

As I'm sure you are aware, Kyle was charged with possession of Child Porn while serving in Afghanistan. If you check the records, I'm sure you will see that Kyle cooperated completely with the Army Investigators and pled guilty. We brought Kyle up to respect authority and to take responsibility for his actions.

As a result of his cooperation, honesty, and good behavior he served a short sentence at Fort Leavenworth and was ultimately given a General Discharge under Honorable Conditions.

Where I feel the Army failed miserably was the fact they offered no follow up to ensure this would never happen again. There was no counseling, no therapy, no probation, and no supervision - nobody to answer to.

The Army being what it is, offered us, his parents no insight or guidance as to Kyle's problem or what we could do to help him. They would not release any information to us and just washed their hands of the matter. I have no doubt that had Kyle received the proper help and had some sort of supervision upon his discharge, that this whole matter that we are facing today would have been prevented.

**KYLES FUTURE**

Suffice it to say, that as Kyle's father, I am deeply concerned for his future. I believe his life can be salvaged given the proper guidance and supervision.

Needless to say, he has committed a crime and with that comes consequences. But I also know that Kyle has many inherent problems that he will never overcome, which will cause him hardship for the rest of his life. In particular his Developmental and Social problems will always make him the "odd one out". He will most likely never get to enjoy many of the simple things that many of us take for granted.... Good close friends, a spouse and children, his own home, satisfying employment, a decent standard of living.

Being on the Sex Offender list is a life time sentence, a "Scarlet Letter", a badge of shame. Some people have the personality and charisma to overcome something like this; but not Kyle. With his disability and personality he will always be looked at with suspicion and disdain. With any possible mate he meets, or job he applies for, this will always be a red flag that usually will end the relationship.

Since Kyle's first job, we have taught him to put money aside for his future. He had a decent savings built up at the time of his arrest. All his money has now been exhausted for his legal defense.

I don't know if you are aware that this case was originally being prosecuted in La Crosse County Circuit Court. Kyle hired a local attorney in July who was ably handling the case. Then in October he was informed that he was being indicted in Federal Court for the same thing. The state charges were then dropped in favor of the Federal Indictment.

The unfortunate result of this was that Kyle's original attorney could not handle the case in Federal Court, so he was forced to hire a second attorney. These expenses have wiped out all of Kyle's savings and he also had to borrow money from us to make up the shortfall.

I would not presume to be so arrogant as to suggest a sentence, as that is solely your responsibility. If you would indulge a worried and heart sick father, I would like to point out changes in Kyle's life that I would hope you would take into consideration.

**POST ARREST**

After his arrest, Kyle expressed a desire to seek treatment as he knew what he did was wrong and he sincerely wanted help as he feels deeply ashamed of his desire to look at these porn pictures. We didn't know if this was considered a mental health issue or something else, and didn't know where to turn for help. Kyle asked his first attorney for some direction and she eventually provided a list of professionals in the Sex Offender field.

Kyle chose Driftless Recovery Services which are conveniently located in La Crosse. He signed up initially for a Sex Offender Evaluation and was tested by a Megan Litsheim-Wurzel. As a result of her testing she reported that it was her opinion that Kyle was at a low risk to reoffend, remarking favorably that that Kyle made no denials of his actions and expressed a real desire for treatment. Ms Wurzel recommended that Kyle receive Sex Offender specific treatment and felt that in his circumstance that treatment would be more effective in an outpatient setting in the community as opposed to a detention setting. Kyle has been dutifully attending these sessions every week.

One of the conditions set forth by the Magistrate during Kyle's Initial Appearance was that he has no access to the internet. I thought this would be particularly hard for him as his generation grew up with the internet as one of their major sources of entertainment.

Much to my surprise and delight, Kyle has adapted amazingly well. Even though he has very few friends, he reconnected with some. He also took up an interest in reading, which led to a study of different religions and their history. This led him to visiting different churches and shrines, experiencing what they had to offer.

One of the activities that I'm most proud of is the fact that Kyle has been helping with the care of my father who is 90 years old and was diagnosed with a fatal form of leukemia. Kyle has been taking him to his chemo therapy appointments, running errands, taking him out for meals at his favorite diner, and just sitting and keeping him company. Despite my father's age and terminal disease, he is still living independently and I don't think that would be possible without Kyle's caring assistance.

As I'm sure you are aware Kyle has also been on GPS Monitoring and Supervision by the US Probation Office. When you receive their report I am confident that you will find that he has been in complete compliance and has given them no problems.

Judge Conley, I would like you to know that Kyle will always have a home with us. As his parents, I can assure you that we will act as another pair of "probation agents" for you; keeping our eyes and ears open, as we want the best for our son and do not want him to go through this ordeal ever again. I feel with the treatment he is now receiving, his desire to "get better" and supervision from us and Probation Agents, that Kyle has made great strides in bettering himself.

Thank You Judge Conley for reading my thoughts and your consideration in this matter.

*Brian M. Olson*
Brian M. Olson
4109 County Road B
La Crosse WI 54601

Ronald and Sarah Boldt
W490 Sunshine Drive
Stoddard, WI 54658
(608) 790-4578


March 20, 2019


Re: Kyle Olson


To Whom It May Concern,


We are writing on behalf of Kyle Olson. We have lived in the La Crosse area for the majority of our lives. Ronald is a Senior Design Engineer and Sarah is a Registered Nurse working in Medical/Oncology in La Crosse.

As Ronald and Brian Olson, Kyle's father, have been friends since high school, we have known Kyle his entire life.

Kyle is a wonderful young man. From very early on we have seen him work hard to overcome his disabilities. We have always been impressed with his determination to achieve what others take for granted. From his early speech problems (stuttering), his eye problems, and learning disabilities, he has proven to us that he is willing to put in the effort to accomplish his goals.

We spent time with him frequently during family get togethers such as birthday parties, time at the Olson's family cabin, and snowmobiling. He has always been polite and respectful with every interaction we have had with him.

He honorably served his country in the military and despite his disabilities he has worked at various jobs to support himself.

We hope that you take this letter into consideration at the time of his sentencing.


Sincerely,

*Ronald Boldt*

*Sarah Boldt*

Ronald and Sarah Boldt



**Barre COUNTRY DINER**
Open Sun-Sat
7:00am-1:00pm

W4007 Cty. Hwy. O
West Salem, WI 54669

**Uptown PIZZERIA**
Open Thur-Sat 4:30-8:30 pm

*Jamie & Kim Bahr*
Owners

**608.786.0665**
**608.786.2247**

March 19, 2019

Re: Kyle Olson

To Whom it may concern:

    We have known Kyle Olson for about 5 years. Kyle and his family frequent our restaurant, The Barre Country Diner, several times a week. Kyle's mother, Nancy, works for us. Kyle is a very pleasant person. He is well liked by the staff and myself. Kyle is pretty shy, yet engages in conversation with all of us. He never complains. Kyle either comes to the diner with his family or alone. He is always courteous and polite.

Thank You!

Sincerely,

*Robin Bahr*

Robin Bahr

3/19/2019

Re: Letter of support on behalf of Kyle B. Olson

To whom it may concern:

I would like to write a reference letter of support for Kyle Olson.
Kyle is my nephew, so obviously I have known Kyle all his life. If I were to describe him to a complete stranger, I would say he his quiet, respectful, hardworking, good hearted and honest.

In Kyle's younger years he struggled through school with learning difficulties (disabilities) but always kept a good attitude and gave 100 percent effort. He also seemed to be very well liked and accepted by his peers, which can sometimes be difficult for children who struggle. He and my son's and stepdaughters always played very well together as children, and they have maintained that friendship through the years.

After graduating school Kyle jumped in to full time employment, and then when laid off, he joined the US Army. And after leaving the Army, he jumped right back to full time employment. Kyle has never been afraid to work and never asks for or expects a hand out.

Kyle always makes himself available if you need a helping hand with something, whether it be moving, carrying something heavy or simply just a ride somewhere. He has been nothing short of a godsend for helping with tasks for our 90-year-old father who has needed assistance as he's going through chemo therapy for Leukemia.

Kyle can be somewhat naïve and over trusting of people and sometimes people try to take advantage of his kindness and generosity.

In summary, Kyle is a kind hearted, hardworking, productive member of society and I am very proud of the obstacles he has overcome throughout his life. I believe he would go out of his way to help anyone in need if he could and I have no worries at all giving him my full support in the future.


Respectfully,

Eric Olson
2322 13th PL. S.
La Crosse, WI 54601
(608) 386-5363

Kyle Olson

We have been best of Friends with Brian and Nancy Olson for many years.

Our children and theirs have literally grown up together, so we know Kyle Olson very well. Kyle and our middle son of 3 children are the same age.

Kyle grew up in a very good family. He has always been emblematic of the way he was raised. Kind, considerate, well mannered, with Christian values.

Our son and Kyle, both joined the Army. My son going to Iraq and Kyle going to Afghanistan. We were extremely proud of both and followed them very closely through their deployments.

Though Kyle has some learning difficulties, he has always been curious and inquisitive, to learn new things. We are in the business of manufacturing, and he has a great curiosity in knowing how things are made.

Knowing Kyle most of his life, we know he may be vulnerable to people who prey on, or take advantage of him. He may be a little slow in understanding, but it does not reflect the very good young man he really is.

Regards,

Ken Arendt                     *Ken Arendt* _____ March 7, 2019

6847 Dayton Avenue

Sparta WI 54656

Lisa Olson-McDonald
10498 Eckberg Ave.
Sparta, WI 54656
lj.oldmcdonald@gmail.com

March 17, 2019

Honorable Judge William Conley
U.S. District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

Re: Sentencing of Kyle Olson

Dear Judge Conley,

I am writing this as a letter of support on behalf of Kyle Olson, who is scheduled to be sentenced on May 2, 2019.

I am Kyle's aunt, have known him all his life, and feel I can attest to his character. As a young child he was diagnosed with a form of autism. This was during the late 1980's when there was little awareness of this affliction and fewer resources available for children and their families. Despite the lack of targeted programs, Kyle was able to attend mainstream public schools and kept up with his classmates throughout his educational career. This remarkable achievement can be attributed to his personal determination and family support.

After high school he obtained full time employment, but was laid-off due to corporate relocation. Not willing to stay idle or collect unemployment, Kyle joined the United States Army. He served his country as a communications operator, including a tour in Afghanistan. After his military career was done, he returned to La Crosse and was able to secure fulltime employment.

Kyle is a kind person, somewhat naïve, respectful of authority, and has always been a hard worker. I have a 12 year old son, whom I have no fear of spending time with Kyle. He has a solid work ethic that has been demonstrated throughout his adult life. I hope you take into consideration his strong family support network that has guided him to this point and will continue to support him in the future.

Respectfully,

Lisa Olson-McDonald

Nancy L Olson
4109 County Road B
La Crosse WI , 54601
608-780-2524

March 20, 2019

Kyle's letter of Character

1. I am Kyle's mother, Nancy Olson. I started working at the school district of La Crosse when Kyle was 6 months old. I retired from there after 31 years in 2017.
2. While observing other children, I worried that Kyle may need preschool before entering into Kindergarten. We noticed he had cognitive problems and he started to stutter when he spoke.
3. The School District did an evaluation of Kyle and suggested he be tested further at the Gundersen Health Center.
4. Dr Copps evaluated Kyle for a year. He told us that Kyle had a form of Autism which he called an Atypical Pervasive Developmental Disorder.
5. There is almost three years between Kyle and his sister Jessica. He was always loving and helpful with her, but she soon passed him up in maturity and intellect.
6. When I would help Kyle with his homework like math, I would have to make Jessica go to the living room to watch TV because she would answer the question before Kyle could.
7. His doctor recommended we put Kyle on Ritalin when he was in first grade. He explained that with Kyle's Attention Deficit, he may only absorb 40% of what he is being taught, with medication that may go up to 60%. The difference with the meds or without was very subtle but the teachers worked with him, teaching him other methods to keep his attention.
8. Parent/teacher conferences were all very similar. "Kyle is a good student, a pleasure to have in class, he struggles to keep up, but is very conscientious and works hard."
9. When Kyle started high school, they put him in basic general classes. Every program in post High School requires algebra and Kyle had never had an algebra class until high school, and struggled greatly with it. After high school he chose Police Science to study, which had an algebra class. He was unable to get through this class, which was required. He tried studying with tutors and even took a third year, but simply was unable to get a passing grade; so he was unable to get his degree.
10. He was able to get a job at Trane Co, and was doing well there. However after a year, Trane closed one of their plants and had a mass lay off, which included Kyle. He did not care to sit around collecting unemployment and almost immediately went looking for another job. Unfortunately with his poor interviewing skills and social awkwardness, he was unable to find full time employment. He did work at a series of temporary employers at this time. With the failure to find meaningful employment, he decided to enlist in the army and serve his country. We hoped this would also make him look better to employers.
11. Kyle made it through basic training, and about six months later he was sent to the war in Afghanistan. He never complained, ever. We were really proud of him. Brian and I drove down to Fort Polk to see him off and were there when he returned. He was serving in a combat zone and did a 12 month tour of duty. While in Afghanistan, is when the army found some child porn on Kyle's personal computer. They did not charge him with this crime until he returned to Fort Polk La. after his Afghanistan tour was over.

12. Not long after that we found out that they intended to have a Court Martial hearing on Kyle because of the pornography incident in Afghanistan. Kyle told us we did not have to attend the hearing, Brian and I were willing to take off from work to attend but he did not seem to want us there. Something I regret to this day. We had no idea how serious this was and how much this would affect all our lives. We were under the impression everything was taken care of in Afghanistan. Kyle is not good at communicating important facts and I suppose he was too embarrassed to tell us everything. After the trial at Fort Polk, Kyle was sentenced to six months at Fort Leavenworth. He was discharged from the Army shortly after his release.
13. We now wonder why the Army did not offer any counseling or psychological help for Kyle to get over this porn addiction. I feel this would have helped him not to reoffend.
14. Kyle was able to get a job with Ashley Furniture within a month of his discharge. He worked there for five years when the FBI asked if they could talk to him on July 18th 2018. After talking to him for five hours, they detained him overnight to charge him. This caused him to go over his limit of unexcused absences and he was fired from his job.
15. However, within a few weeks of his termination, he found employment through a Temp Agency and this led to a full time job with Metallics Inc, where he is employed to this day. Although this is a low paying, entry level job, Kyle seems content and goes to work every day.
16. Kyle has a very even temperament; it is hard to get him angry or mad while at the same time it is hard to get him really excited. He mostly just takes things a day at a time and makes no long term plans. For example – the five years he worked at Ashley Furniture, he never planned or took a vacation. At the end of the year, his supervisor made him use up his vacation time, which he just spent at home.
17. Kyle has always been shy and socially awkward around other people and as a result he has had difficulty making friends. Since his arrest, he has reached out to some old friends that he met in church which I believe has been helpful.
18. Because Kyle has difficulty with math, I have assisted him with his finances, tax preparation and other such matters. I know he had a desire to own his own home one day and we, as his parents wanted a plan for Kyle after we are gone. Kyle has very frugal tastes and we were able to persuade him to save a good portion of his paychecks for the future. With his low paying jobs this was a many years process, but he had saved approximately $25,000 for his future house. This money has now all been spent for his legal fees, assessments, and counseling sessions.
19. One thing I would like to point out is that Kyle has some peculiar speech patterns. One of the most common examples is that when he is confronted, he answers "okay" to almost any question or statement that is directed toward him. I can't help but think this may have caused some confusion when he was being interrogated by the FBI, because he has certainly confused us in the past when he answered okay, but was not actually in agreement to what was being asked.

I would also like to point out that Kyle has been in complete compliance with every rule and restriction put on him since his arrest. This includes both the Circuit Court and the Federal Court as they each had different restrictions.

It is in Kyle's nature to follow rules and not make waves, which is why it has been so puzzling and agonizing for us to understand why he could do what he did. Kyle has never smoked, has never taken drugs, rarely drinks alcohol, is even tempered and slow to anger. I have never seen him violent and don't recall him ever getting into a fight, even as a child.

Kyle is also quite honest and has always been willing to take responsibility for his actions. This is why

he readily cooperated and confessed during both incidents in which he was arrested. He was raised to be truthful and respectful of authorities as well as teachers, clergy, etc. and to just be a nice person in general. If told it is in his best interest, he will usually go along with it unquestioningly.

Another one of his positive attributes is that he is caring and sympathetic, especially to the elderly. He sat with, and visited with my mother-in law when she was dying and is now doing the same with his grandfather who was recently diagnosed with leukemia.

20. Kyle is somewhat of a history buff and likes talking to his Grandpa Miles about stories of family history as well as other historical events. Kyle likes visiting his grandfather and vice versa, they go out to eat at area restaurants together.
21. One great help is that Kyle has been assisting his Grandpa Miles with his numerous doctor appointments as result of the leukemia; taking him to or from his chemo therapy sessions, blood tests, and transfusions when no one else can.

Since Kyle was put on a no internet access restriction, he has been reading constantly. He has taken up an interest in the various religions of the world and their history. Although he was raised as a Lutheran, Kyle has been visiting churches of other denominations in our area. I know he has been to the Episcopal and Catholic churches as well as several others. He has also spent a great deal of time at the Our Lady of Guadalupe Shrine here in La Crosse, which seems to hold a certain fascination for him.
22. Kyle has one sister, Jessica, who was married in 2012. She has a daughter who is 5 and a son who is 2 years old. Both children are happy and a pleasure to be around. We have been present when the children are at our home the same time as Kyle (Per court orders) and both children seem quite fond of their Uncle Kyle. With that being said, we have never witnessed Kyle ever doing anything of even acting suspiciously around these or any other children.
23. Me and his father still blame the Army for not helping with Kyle to receive treatment after his first arrest, knowing that it is in Kyle's temperament and past history to actually benefit and learn from counseling and specialized help, as this is what got him successfully through his school years to graduation as he responds well to one on one therapy. I believe the therapy he has been receiving from Driftless Recovery Services will bear this out.
24. I know that when Kyle was in court with you, you noticed the hesitation in his answers and you asked him about it. He stated he was processing the questions just fine, but it does take him time. Please realize that the slow processing is Kyle's normal. Thank you for noticing. We have never emphasized or pointed out to Kyle that he is slow, we tried to stay as positive as possible and work on helping him process things out. We didn't want him to use it as an excuse.

There are a hundred more stories I would like to tell you to help you know Kyle as we know him, but Brian always says I ramble on too much so I will stop here. Thank you for taking the time to read my ramblings.

Sincerely yours,

Nancy L. Olson

March 21, 2019

Your Honor,

    I am writing this letter on behalf of Kyle Olson regarding his character. I am hoping that you will see that Kyle is a good person, despite what troubles he has come across that has led to this sentencing.

    I have known Kyle for 30 years, which is my whole life, because he is my older and only brother. In this time, I have seen many aspects of Kyle's personality. Growing up, Kyle has always been socially awkward, not always knowing the right things to say when having a conversation. This is undoubtedly related to his diagnosis of autism as a child, something that I don't even know if he realized he had. Autism wasn't known as well 30 years ago, and growing up in the house, I knew that Kyle didn't catch on to things as quickly as I did, so he struggled a little more in school, but his autism isn't something we discussed.

    Despite being socially awkward, Kyle is really a nice guy. He is always willing to help, he enjoys spending time with family, and he enjoys going to church and hanging out with friends he has met there. Kyle also looks out for our elderly grandfather. He often goes out to dinner with him and would drive him to the local racetrack on occasions to spend time with him and to keep him safe, so he didn't have to drive at night.

    Living with him when growing up, he never made me feel uncomfortable. Now that I am out of the house and have children of my own, he never has been inappropriate towards my children either. I was surprised to hear about the charges against Kyle, but I honestly believe that Kyle wouldn't do anything to intentionally cause harm to anyone. Please take this into consideration with his sentencing.

Sincerely,

*Jessica Inglett*

Jessica Inglett
2503 Hewitt St
La Crosse WI 54601

moving to 1702 Black Oak Dr Rockland, WI 54653

In regards to Kyle Olson

To whom it may concern:

We have known Kyle Olson since he was born.  We are friends of his parents Brian and Nancy Olson.  Kyle was a happy well adjusted child from a good home.  He was a dedicated student, working hard to overcome his learning disability. Once he set his mind to something he was usually able to accomplish it.  He even traveled abroad as an exchange student.

He graduated from high school and joined the military.  He proudly served his country in the Army.  Upon returning home, Kyle has had full time employment.  He has been saving to purchase his own home.

Kyle often spends quality time with his Grandfather, as he did with his Grandmother before she passed.

Kyle does not drink or smoke.  He is a member of a local Church.  He is kind and helpful.

*Kelly Schultz*     *Jeff Schultz*

1526 Winnebago St
LaCrosse WI 54601

To whom it may concern;

I have been asked to write a character reference for Kyle Olson which I gladly and willingly do. My name is Miles Olson and I am Kyle's grandfather.

Let me start by saying that despite Kyle's current problems, he is a fine and upstanding young man, and I have never witnessed him doing anything inappropriate, ever.

As a young boy, he was diagnosed as having some learning disabilities and I know he needed special help in school. But he worked very hard, never gave up and ultimately did graduate and attended the Tech School here in town.

He did not give his parents any problems growing up and was very helpful to them as well as to me and his grandmother when she was alive.

I do feel sorry for Kyle as he seems to struggle to make friends and has had a hard time finding a decent paying job, although he works hard at the jobs he has had, and I have never heard him complain.

As a veteran, I was quite proud when Kyle enlisted in the Army and I travelled to South Carolina with his parents to watch his graduation from Basic Training. He then went on to serve in Afghanistan.

To show Kyle's true character, while he was in the Army, my wife was terminally ill with Kidney Failure, COPD, and cancer. At the end of her life, Kyle obtained emergency leave from the army and came home and spent hours with her every day while she was in hospice care and was present with her when she passed. When the funeral director came to our home to remove her body, he didn't have adequate help, so Kyle pitched in and helped him. Kyle then served as one of her pall bearers at the funeral.

Since my wife's passing in 2012, Kyle has been a good companion, because it is now me who gets lonely. He often would visit and we would discuss family history and what it was like in the old days. I know he got interested in genealogy and got his DNA tested and convinced me to do mine. We often just sit and watch TV together, but have very different tastes in the programs we like, as I just can't get him interested in old Westerns.

Kyle has also been very helpful to me around the house, helping to mow the lawn and other yard work as well as taking me to appointments when I don't feel like driving myself. Another example I can think of is when I needed to paint my garage last year, Kyle was my only grandchild who came to help.

I am now 90 years old and still living in my own home which I will strive to do as long as I possibly can. Unfortunately for me this past November I was given a diagnosis of Leukemia and told I have a 50% chance of surviving one year. I have been forced to take Chemo Infusions every 3rd week for the remainder of my life. On the off weeks I get my blood tested twice a week and get transfusions as needed. This has caused a strain on the family because I often need transportation to the clinic and everyone is so busy these days.

Kyle has been a blessing to me, taking me to or picking me up from my appointments when needed and he often drives me to my favorite Diner and eats with me when I feel up to it and keeps me company. It is wonderful to have a young person to talk to, and who listens to my stories.

To be honest, I don't completely understand what all of Kyle's legal problems are, I just know that he is a good, honest, hardworking and sympathetic boy who deserves the benefit of doubt and I do not want to see him taken away, as I would miss him dearly.

Mar. 21, 2019

*Miles Olson*

Miles G. Olson
1119 Maple St.
La Crosse WI 54601

March 7, 2019

In the Matter of: Kyle Olson

To Whom it May Concern:

Hello, My name is Evan R. Stone, I am a retired Police Officer from the LaCrosse Police Department in WI. My Law Enforcement career spanned a time frame from March, 1979 until March of 2016, at which time my wife and I moved to Tennessee for retirement. I am writing this letter to show Support for Kyle Olson, who I have known since his birth in 1985.

In 1985 when Kyle was born, my wife Mary and I had our first son, born less than two months after Kyle was born. My wife Mary and I also had two more son's who were 4 and 6 years younger than our first born. As our children were growing, we were aware that Kyle had some learning difficulties but he was always very respectful and well behaved.

As a result of have many common interests with Kyle's family, our family spent a lot of time with his family and we did not see any poor behavior by Kyle. The activities included camping, car shows, snowmobiling, ATVing and motorcycling. As a result of these activities, our children also spent a lot of time together and there was never any mention of poor behavior by Kyle.

As the children grew older we were pleased to see Kyle was doing very well; we know that after graduation from High School, Kyle attended Western Technical College in LaCrosse and obtained credits towards an Associates Degree. He went on to serve in the US Military, completing basic training and then served in Afghanistan. I feel these are very notable accomplishments for Kyle as some people with the same circumstances may have attempted to take the easy way and seek a disability.

I was very surprised (shocked) to hear of this incident that Kyle admitted he was involved in. Although it is a very negative thing to be involved in, there are many positive things in Kyle's background which show that he is a good person.

Thank you very much for taking the time to read this letter of support for Kyle.

Very Respectfully,

*Evan R. Stone*

Evan R. Stone
7783 Mouse Creek Rd NW
Cleveland, TN  37312


Joel Minniecheske
W15891 Minniecheske Lane
Tigerton, Wi 54486
715-535-2952
April 27, 2019

Your Honor,

    I am writing this letter on behalf of Kyle B. Olson. I am Kyle's uncle and have known him all his life. I worked for the Shawano County Sheriff's Department as a Correctional Officer from 1997 to 2017. After 20 years of working as a Correctional Officer in the jail I believe I have a good understanding of people's personalities and behaviors.

    Whenever Kyle and his family would visit us on the farm, he was always very respectful to my family and me. Our 3 children are 7 to 11 years younger than Kyle. Kyle was always trustworthy, and we never had any concerns about them spending time together.

    As an adult, Kyle has shown responsibility by consistently having a job.

Respectfully,

Joel Minniecheske

Obear and Kaehne
603 South 8th Street
Po Box 935
Sheboygan, WI 53082-0935

March 20, 2019

To whom it may concern,

We know Kyle Olson since 1990 when him and his family built the house behind us and moved in. We have known Kyle since 1990. We think of Kyle as someone that doesn't do much or much of anything. He goes to work, comes home, doesn't do anything outside, ex: shoveling, mowing grass, etc. If anything he will walk his dog and that is if his mother and father are gone on vacation. Kyle is very quiet, doesn't have conversations very much when addressed, and has minimal people skills. As for Kyle being admiral or positive I would say he never has upset our community or our neighborhood.

Sincerely,

*Thomas Wick*
*Vera Wick*

Thomas and Vera Wick
4105 County Hwy B
La Crosse, WI 54601