

*444 Main Street suite 301 La Crosse, WI*

To whom it may concern,

Kyle Olson completed a sex offender risk assessment on 10/26/2018 with this writer. At that time, this writer concluded that Mr. Olson was at a moderate-low level of risk for reoffending. Mr. Olson voluntarily initiated counseling services; starting to receive treatment on 12/20/2018. Since that date, Kyle has regularly attended his counseling sessions and has been engaged throughout the process.

One piece of his treatment is to complete a workbook developed specifically for individuals with a history of sexual offenses: The Journey from Here to There – A Self Improvement Workbook by Smith and Smith, 2012. Thus far Mr. Olson has completed six of the nine chapters. These chapters have focused on the impact of history, the role of denial in maintaining destructive behaviors, the cycle of abuse, risk factors, gaining insight, and developing adaptive coping responses.

In addition to the workbook, Mr. Olson has been discussing other topics and has been assigned numerous other assignments. These have included education on the negative effects of pornography; specifically, how it impacts one's neurochemistry, cognitions, emotions, relationships, and society as a whole. In session Mr. Olson has been able to identify internal and external triggers for urges to view pornography. He has been continuously working on expanding his use of healthy coping skills; learning new techniques such as progressive muscle relaxation. Mr. Olson has also received education on the role cognitions play in his emotions and behavior. Inside and outside of session, he has been enhancing his ability to identify and evaluate his cognitions while also being able to generate alternative thought processes. He has been learning to apply such cognitive coping skills to relapse prevention efforts as well as to other areas of his life. For example, he has been analyzing how his reactions can impact relationships and his sense of connection to others. As a part of this he has been examining his communication style; striving to become more assertive. Furthermore, developing a greater sense of self-worth and overall confidence in daily life are current topics of focus in treatment.



444 Main Street suite 301 La Crosse, WI

This writer is encouraged by Mr. Olson's progress thus far in treatment and hopes that he will be able to continue in a community setting. For further information regarding Mr. Olson and his progress, please feel free to contact this writer.

Sincerely,

*Megan Wurzel*

Megan (Litsheim) Wurzel, MS, LPC