# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 5/3/2019    DAY: Friday    START TIME: 1:04 PM    END TIME: 1:59 PM
JUDGE/MAG.: WMC    CLERK: JAT    REPORTER: JD
PROBATION OFFICER: K. Cwirla    INTERPRETER: ---    SWORN:
CASE NUMBER: 18-cr-145-wmc-1    CASE NAME: USA v. Kyle B. Olson

**APPEARANCES:**
AUSA: Elizabeth Altman    DEFENDANT ATTY.: Kirk Obear

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 24    CRIMINAL HISTORY CATEGORY: II
ADVISORY GUIDELINE IMPRISONMENT RANGE: 57 to 71 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT ☐ INFORMATION
CBOP CT. 1 ; 48 MOS.; 25 YRS. S/R; $ 100 CA; $ TBD * REST.; $ JVTA- 5,000 FINE.
CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☒ VOLUNTARY SURRENDER: 6/6/19 between 12:00 PM and 2:00 PM ;
☒ RELEASE CONDITIONS CONTINUED.
☐ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
*Restitution Hearing set for 7/18/19 at 1:00 PM.
Final Order of Forfeiture will be entered.

TOTAL COURT TIME: 55 min.